S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELIZABETH SPURGEON, a/k/a "Liz Baker",<br><br>　　　　　Defendant. | No. 4:22-cr-00006-RRB-SAO<br><br>COUNT 1:<br>ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>　　Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846<br><br>COUNT 2:<br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>　　Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |

I N D I C T M E N T

　　The Grand Jury charges that:

//

//

## COUNT 1

On or about January 5, 2021, within the District of Alaska, the defendant, ELIZABETH SPURGEON, knowingly and intentionally attempted to possess with intent to distribute controlled substances, to wit: 50 grams or more of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846.

## COUNT 2

On or about January 5, 2021, within the District of Alaska, the defendant, ELIZABETH SPURGEON, knowingly and intentionally possessed with intent to distribute controlled substances, to wit: 50 grams or more of methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


Date: August 16, 2022