IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ELIZABETH SPURGEON,<br><br>          Defendant. | Case No. 4:22-cr-00006-RRB<br><br>**ORDER ACCEPTING<br>GUILTY PLEA** |

      Before the Court at Docket 75 is the Final Report and Recommendation of the Magistrate Judge Upon Plea of Guilty which, for the reasons set forth therein, the Court hereby ACCEPTS and ADOPTS in its entirety. Defendant is hereby adjudged to be guilty of Count 2 of the Indictment.

      IT IS SO ORDERED this 20th day of September, 2023, at Anchorage, Alaska.

                                                */s/ Ralph R. Beistline*
                                                RALPH R. BEISTLINE
                                                Senior United States District Judge